**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Access Living of Metropolitan Chicago, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 15-cv-2088 |
| ) | |
| Bill Prewitt, d/b/a Best Rents, ) | |
| ) | |
| Defendant ) | |
| ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

It is hereby stipulated by and between plaintiff Access Living of Metropolitan Chicago and defendant Bill Prewitt, d/b/a Best Rents that this case is hereby dismissed with prejudice.

This Stipulation for Dismissal with Prejudice of All Claims and Parties is based on Rule 41(a)(1) of the Federal Rules of Civil Procedure, and has been signed by counsel for all parties who have made an appearance herein. Each party is to bear its own attorneys' fees and costs.

Dated: September 10, 2015      Respectfully submitted,

/s/ Casey R. Fronk
Joshua Rabinovitz
Casey Fronk
Bill Watson
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000
(312) 862-2200 (fax)

*Attorneys for the Plaintiff*

 /s/ Thomas M. Paris
Thomas M. Paris, Esq.
55 W. Monroe, Suite 3950
Chicago, IL 60603
(312)759-1600

*Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

      I, Casey R. Fronk, hereby certify that on September 10, 2015, I caused a copy of the foregoing to be served by filing the foregoing electronically through the CM/ECF system, which caused a Notice of Electronic Filing to the parties registered to the Court's CM/ECF system for this action, and by electronic mail upon the following counsel of record for Defendant:

    Thomas M. Paris, Esq.
    55 W. Monroe, Suite 3950
    Chicago, IL 60603
    (312) 759-1600

                                                      __/s/ Casey R. Fronk_____
                                                      Joshua Rabinovitz
                                                      Casey Fronk
                                                      Bill Watson
                                                      KIRKLAND & ELLIS LLP
                                                      300 N. LaSalle
                                                      Chicago, IL  60654
                                                      (312) 862-2000
                                                      (312) 862-2200 (fax)

                                                      *Attorneys for the Plaintiff*